938

No. 83–387. PUTNEY *v.* CONSOLIDATED RAIL CORPORATION. C. A. 4th Cir. Certiorari denied.

No. 83–390. CITY OF AUSTIN, TEXAS, ET AL. *v.* DECKER COAL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–391. CALIFORNIA GLAZED PRODUCTS, INC. *v.* BURNS & RUSSELL COMPANY OF BALTIMORE CITY. C. A. 9th Cir. Certiorari denied.

No. 83–392. RUIZ *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 83–394. MCKENZIE ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–402. SKAGGS COS., INC. *v.* WHATLEY. C. A. 10th Cir. Certiorari denied.

No. 83–406. GRANT ET AL. *v.* ERIE INSURANCE EXCHANGE ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–407. VICKROY *v.* CITY OF SPRINGFIELD, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 83–409. COASTAL STEEL CORP. *v.* WHEELABRATOR-FRYE, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–417. VU ET UX. *v.* SINGER CO. C. A. 9th Cir. Certiorari denied.

No. 83–420. A.D.M. CORP. ET AL. *v.* THOMSON ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–423. FILLMORE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 83–428. BARWICK *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 83–429. DAVIS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.